UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **Kenneth M Seaton**<br>**d/b/a Grand Resort Hotel and**<br>**Convention Center**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**TripAdvisor, LLC**<br><br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)　　No. 3:11-CV-549<br>)<br>)<br>)<br>)<br>) |

## ORDER

Samuel Bayard and James Rosenfeld request the court for admission to practice in this case pro hac vice on behalf of defendant, TripAdvisor, LLC, Docs. [4] and [5]. Both counsel state that they are a members in good standing of the State Supreme Court of New York and the United States District Court for the Southern District of New York. Mr. Bayard and Mr. Rosenfeld have attached both certificates of good standing to their motions. Accordingly, the motions for admission pro hac vice of counsel for defendant, Docs. [4] and [5], are **GRANTED**.

**ENTER:**

　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips

　　　　　　　　　　　　　　　United States District Judge