IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

----------------------------------------------------------x

KENNETH M. SEATON d/b/a
GRAND RESORT HOTEL AND : 3:11-cv-00549
CONVENTION CENTER,

          Plaintiff,

     - against -

TRIPADVISOR, LLC,

          Defendant.

----------------------------------------------------------x

## SUPPLEMENTAL DISCLOSURE STATEMENT OF TRIPADVISOR, LLC

I, the undersigned, counsel of record for TripAdvisor, LLC, certify to the best of my knowledge and belief:

☐    My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

X    My client has the following parent corporation(s):

TripAdvisor, LLC is a wholly owned subsidiary of TripAdvisor Holdings, LLC, a Massachusetts LLC. TripAdvisor Holdings, LLC is a wholly owned subsidiary of TripAdvisor, Inc., a Delaware Corporation. Liberty Interactive Corporation, a publicly traded Delaware corporation, holds more than 10% of TripAdvisor, Inc. stock.

X    The following publicly held corporation(s) own 10% or more of my client's stock:

See preceding paragraph.

Date: January 9, 2012

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ

By: s/S. Russell Headrick
S. Russell Headrick (BPR No. 005750)
Meghan H. Morgan (BPR No. 024619)

265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7200 (direct phone)
(865) 525-8569 (direct fax)
E-mail: rheadrick@bakerdonelson.com
mhmorgan@bakerdonelson.com
*Attorneys for TripAdvisor, LLC*

Of Counsel:

James Rosenfeld (admitted pro hac vice)
jamesrosenfeld@dwt.com
Samuel M. Bayard (admitted pro hac vice)
samuelbayard@dwt.com
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, New York 10019
*Attorneys for TripAdvisor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, a true and correct copy of the foregoing document was electronically filed with the United States District Court for the Eastern District of Tennessee, and was served on all counsel by the court's electronic filing notification or via email.

s/ S. Russell Headrick
S. Russell Headrick

2