UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH M. SEATON d/b/a GRAND RESORT HOTEL & CONVENTION CTR., Plaintiff, v. TRIP ADVISOR, LLC, Defendant. | No. 3:11-cv-549 (Phillips) |

### ORDER

This matter comes before the Court on the parties' Joint Motion for Additional Time to File Response to Motion to Dismiss and Reply to Response. [Doc. 11.] In support of said motion, the parties state that additional time is required to properly research and prepare their respective filings due to the significant constitutional issues in this case.

For good cause stated, and because the parties are in agreement as to the requested extensions of time, it is hereby **ORDERED** that the parties' joint motion [Doc. 11] is **GRANTED**, whereby Plaintiff's Response to Defendant's Motion to Dismiss is now due on or before March 1, 2012, and Defendant's Reply to Response is now due on or before March 29, 2012.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge