UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **KENNETH M. SEATON d/b/a GRAND RESORT HOTEL & CONVENTION CTR.,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TRIP ADVISOR, LLC,** )<br>Defendant. ) | No. **3:11-cv-549**<br>(Phillips) |

## ORDER

This matter comes before the Court on the parties' Second Joint Motion for Additional Time to File Response to Motion to Dismiss and Reply to Response. [Doc. 13.] In support of said motion, the parties state that granting the requested extensions will not necessarily delay the case and will serve the interest of justice in both the pending case as well as in another case in which Plaintiff's lead counsel currently is involved.

For good cause stated, and because the parties are in agreement as to the requested extensions of time, it is hereby **ORDERED** that the parties' joint motion [Doc. 13] is **GRANTED**, whereby Plaintiff's Response to Defendant's Motion to Dismiss is now due on or before April 1, 2012, and Defendant's Reply to Response is now due on or before April 29, 2012.

**IT IS SO ORDERED**.

ENTER:

    s/ Thomas W. Phillips
United States District Judge