IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH M. SEATON d/b/a, <br> GRAND RESORT HOTEL AND <br> CONVENTION CENTER <br><br> Plaintiff, <br><br> v. <br><br> TRIPADVISOR, LLC, <br><br> Defendant. | Civil Action No. 3:11-cv-00549 <br><br> JURY DEMAND |

### ORDER GRANTING JOINT MOTION TO AFFORD DEFENDANT ADDITIONAL TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

This matter is before this Court on the Joint Motion to Afford Defendant Additional Time to (1) Respond to Plaintiff's Motion to Amend Complaint [Doc. 16] and (2) to file Reply to Plaintiff's Response on Defendant's Motion to Dismiss. For good cause shown, the motion is GRANTED. Accordingly, it is,

ORDERED that Defendant's Response to Plaintiff's Motion to Amend Complaint and Defendant's Reply to Plaintiff's Response on Defendant's Motion to Dismiss are both due on or before May 14, 2012.

IT IS SO ORDERED.

ENTER:

Thomas W. Phillips
United States District Judge