IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

```
------------------------------------------------------- x
KENNETH M. SEATON d/b/a                          :
GRAND RESORT HOTEL AND                           :        3:11-cv-00549
CONVENTION CENTER,                               :
                                                 :
                    Plaintiff,                   :
                                                 :
          - against -                            :
                                                 :
TRIPADVISOR, LLC,                                :
                                                 :
                    Defendant.                   :
------------------------------------------------------- x
```

## DEFENDANT TRIPADVISOR, LLC'S MOTION TO STRIKE OR DISREGARD THE AFFIDAVIT OF CHRISTOPHER EMMINS

Defendant, TripAdvisor, LLC, by and through counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files its Motion to Strike or Disregard the Affidavit of Christopher Emmins, submitted in support of Plaintiff's Response to Defendant's Motion to Dismiss (Doc.15-3), for the reasons set forth more specifically in the contemporaneously filed Memorandum in Support of Defendant TripAdvisor, LLC's Motion to Strike or Disregard the Affidavit of Christopher Emmins.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion to Strike or Disregard the Affidavit of Christopher Emmins.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ

By: s/S. Russell Headrick
S. Russell Headrick (BPR No. 005750)
Meghan H. Morgan (BPR No. 024619)

265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7200 (direct phone)
(865) 525-8569 (direct fax)
E-mail: rheadrick@bakerdonelson.com
        mhmorgan@bakerdonelson.com
*Attorneys for TripAdvisor, LLC*

Of Counsel:

James Rosenfeld (admitted pro hac vice)
jamesrosenfeld@dwt.com
Samuel M. Bayard (admitted pro hac vice)
samuelbayard@dwt.com
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, New York 10019
*Attorneys for TripAdvisor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, a true and correct copy of the foregoing document was electronically filed with the United States District Court for the Eastern District of Tennessee, and was served on all counsel by the court's electronic filing notification or via email.

s/ S. Russell Headrick
S. Russell Headrick

2