IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH M. SEATON d/b/a ) | |
| GRAND RESORT HOTEL AND ) | |
| CONVENTION CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-00549 |
| ) | |
| TRIPADVISOR, LLC, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE OR DISREGARD THE AFFIDAVIT OF CHRISTOPHER EMMINS**

Comes the Plaintiff, Kenneth M. Seaton d/b/a Grand Resort Hotel and Convention Center, by and through counsel, and files this Response to the Motion to Strike or Disregard The Affidavit of Christopher Emmins filed by the Defendant TripAdvisor, LLC.

In its Motion, TripAdvisor seeks to have the Affidavit of Christopher Emmins stricken or disregarded by the Court. As pointed out in the Plaintiff's Response to the Motion to Dismiss, TripAdvisor, despite its insistence that the "2011 Dirtiest Hotels" list is appropriate for consideration without converting the motion into one for summary judgment, is nevertheless asking this Court to consider many underlying details surrounding the objectivity and verifiability of the "2011 Dirtiest Hotels" list in ruling on the matter of dismissal.

The Plaintiff made clear that he was presenting the Emmins Affidavit out of an abundance of caution to demonstrate both support for the claims at issue and also genuine issues of material fact that only a jury can decide regarding whether the "2011 Dirtiest Hotels" list was

1

in fact understood in its defamatory sense. The Plaintiff requested that this Court consider the Emmins Affidavit if it converts the Motion to Dismiss to a Motion for Summary Judgment.

As explained by the Plaintiff, the evidence provided by the Emmins Affidavit casts serious doubt on TripAdvisor's creation, publication, and distribution of the "2011 Dirtiest Hotels" list. The Plaintiff is entitled to have a jury consider these facts, as they provide genuine issues of material fact about whether a reasonable person would, in fact, conclude that the "2011 Dirtiest Hotels" list was defamatory. Therefore, as this time, the Plaintiff respectfully asks this Court to deny TripAdvisor's Motion to Strike or Disregard The Affidavit of Christopher Emmins.

s/ John T. Milburn Rogers
John T. Milburn Rogers (BPR# 001422)
Jenny Coques Rogers (BPR#018871)
Todd A. Shelton (BPR#023884)
John Rogers Law Group
102 South Main Street
Greeneville, TN 37743
(423) 638-7000


s/ Sidney Gilreath
Sidney Gilreath (BPR# 2000)
Gilreath & Associates
550 Main Avenue, Suite 600
Knoxville, TN 37902
(865) 637-2442

2

Case 3:11-cv-00549   Document 23   Filed 05/29/12   Page 2 of 3   PageID #: 261

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document has been filed electronically and will be sent by the operation of the Court's electronic filing system to all parties indicated on the electronic filing system receipt, and all persons or parties not on the electronic filing receipt will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 29th day of May, 2012.

s/ John T. Milburn Rogers_____
John T. Milburn Rogers
