UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH M. SEATON, d/b/a GRAND RESORT HOTEL & CONVENTION CTR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIPADVISOR, LLC, )<br>)<br>Defendant. ) | No. 3:11-cv-549<br>(Phillips) |

## JUDGEMENT ON DECISION BY THE COURT

This case came before the Court on the Defendant's Motion to Dismiss the Complaint for failure to state a claim [Doc. 7]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendant's Motion,

It is **ORDERED and ADJUDGED**

That the Plaintiff, Kenneth M. Seaton, d/b/a Grand Resort Hotel & Convention Center, takes nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that the Defendant, TripAdvisor, LLC., recover of the Plaintiff his costs of action.

Dated at Knoxville, Tennessee, this 22nd day of August 2012.

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT

 s/ Thomas W. Phillips
United States District Judge

-1-