UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNETH M. SEATON, d/b/a
GRAND RESORT HOTEL &
CONVENTION CENTER

    Plaintiff

vs.                                  Case No. 3:11-cv-549

TRIPADVISOR, LLC

    Defendant

**NOTICE OF APPEAL**

Notice is hereby given that Kenneth M. Seaton, d/b/a Grand Resort Hotel & Convention Center, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an Order granting the Defendant's Motion to Dismiss and Denying Plaintiff's Motion to Amend as Futile, entered in this action on the 22nd day of August, 2012.

                                                    */s/Sidney Gilreath*
                                                    Sidney Gilreath (BPR 2000)
                                                    550 Main Avenue, Suite 600
                                                    Knoxville, TN 37902
                                                    865/637-2442

                                                    *Attorney for Plaintiff*

cc: Opposing Counsel
    Court of Appeals