**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK

September 24, 2012

PATRICIA L. MCNUTT
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

JOHN MEDEARIS
Chief Deputy Clerk

(865) 545-4228

IN RE:   Seaton   v.   TripAdvisor, LLC
Case No. 3:11-cv-549

Counsel of Record:

A bill of costs in the sum of $ 350.00 was filed in the above case on September 28, 2012 by defendant TripAdvisor, LLC and this amount will be taxed on October 24, 2012.

Plaintiff shall pay costs directly to counsel for Defendant.

Sincerely,

A. Foster
Deputy Clerk